AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

CAMEKIAH MOORE

V.

PORTRAIT CORPORATION OF AMERICA, INC.
and
BARBARA LANGHAM

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 2:07-CV-700-WKW

TO: (Name and address of defendant)
Portrait Corporation of America, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jimmy Jacobs, LLC
Attorney at Law
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(BY) DEPUTY CLERK

DATE 8-2-07

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

MIDDLE DISTRICT OF ALABAMA

CAMEKIAH MOORE

V.

PORTRAIT CORPORATION OF AMERICA, INC.
and
BARBARA LANGHAM

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-CV-700-WKW

TO: (Name and address of defendant)
Barbara Langham
PCA International
3300 South Oates Street
Dothan, Alabama 36301-5694

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jimmy Jacobs, LLC
Attorney at Law
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                8-3-07
CLERK                                           DATE

(BY) DEPUTY CLERK