**CT**
a Wolters Kluwer business

CT
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

334 387 7680 tel
334 387 7682 fax
www.ctlegalsolutions.com





August 06, 2007

**COPY**

Jimmy Jacobs
Jimmy Jacobs, LLC
4137 Carmichael Road,
Suite 100,
Montgomery, AL 36106

Re: Camekiah Moore, Pltf. vs. Portrait Corporation of America, Inc. and Barbara Langham, Dfts.

Case No. 2 07 CV 700

Dear Sir/Madam:

We are herewith returning the Summons, Return of Service Form, Complaint which we received regarding the above captioned matter.

Portrait Corporation of America, Inc. is not listed on our records or on the records of the State of AL.

Very truly yours,

Laura Payne

Log# 512468565

Tracking # 7907 9956 8610

cc:  US District Court Middle District Northern Division
     Debra P. Hackett, Clerk,
     Frank M. Johnson, Jr.,,
     US Courthouse Complex,
     One Church Street/ PO Box 711,
     Montgomery, AL  36101

AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

___MIDDLE___ DISTRICT OF ___ALABAMA___

CAMEKIAH MOORE

V.

PORTRAIT CORPORATION OF AMERICA, INC.
and
BARBARA LANGHAM

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 2:07-CV-700-WKW

TO: (Name and address of defendant)

Portrait Corporation of America, Inc.
c/o The Corporation Company
2000 Interstate Park Drive, Ste. 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jimmy Jacobs, LLC
Attorney at Law
4137 Carmichael Road, Ste 100
Montgomery, Alabama 36106

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                                         8-3-07
CLERK                                                      DATE

_____
(BY) DEPUTY CLERK