AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

__MIDDLE__ DISTRICT OF __ALABAMA__

CAMEKIAH MOORE

*Alias*

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 2:07CV700-WKW

PORTRAIT CORPORATION OF AMERICA, INC.
    and
BARBARA LANGHAM

TO: (Name and address of defendant)

> Portrait Corporation of America, Inc.
> 815 Matthews- Mint Hill Road
> Matthew, North Carolina 28105

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Jimmy Jacobs, LLC
> Attorney at Law
> 4137 Carmichael Road, Ste 100
> Montgomery, Alabama 36106

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*                          8-9-07
CLERK                                        DATE

(BY) DEPUTY CLERK