SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Barbara LANGHAM
PCA International
3300 South Oates Street
Dothan, AL 3630- 5694

COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _____  ☐ Agent
☐ Addressee

B. Received by ( Printed Name )  C. Date of Delivery
BARBARA LANG-  8-17-07

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☑ No

2:07CV 700
S & C                    2P

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Num
   (Transfer from        7006 0100 0002 0279 4235

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540