IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **CAMEKIAH MOORE** )<br>)<br>   **Plaintiff** )<br>)<br>v. )<br>)<br>**PORTRAIT CORPORATION OF** )<br>  **AMERICA, INC. and** )<br>  **BARBARA LANGHAM** )<br>)<br>   **Defendants** ) | Civil Action No: 2-07-cv-700-WKW<br><br>(JURY DEMAND) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Camekiah Moore, the Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

✓   This party is an individual, or

   This party is a governmental entity, or

   There are no entities to be reported, or

   The following entities and their relationship to the party are hereby reported:

Reportable Entity                              Relationship to Party

_____NONE_____      _____

_____      _____

_____      _____

 3 December 2007_____                /s/**JIMMY JACOBS**_____
         Date                                          Counsel Signature

                                                 _Camekiah Moore_____
                                                Counsel for (print names of all parties)

                                                 _4137 Carmichael Road, Ste 100_____
                                                 _Montgomery, AL 36106_____  _____
                                                Address, City, State Zip Code
                                                 _(334) 215-1788_____
                                                Telephone Number

CERTIFICATE OF SERVICE

   I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon the Defendants following this the 17th of December, 2007.

                         /s/**Jimmy Jacobs**
                         JIMMY JACOBS (JAC051)
                         Attorney for Plaintiff

Defendant:

Barbara Lang
PCA International
3300 South Oates Street
Dothan, AL 36301-5694