IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMEKIAH MOORE | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No: 2-07-cv-700-WKW |
| | ) |
| PORTRAIT CORPORATION OF | ) (JURY DEMAND) |
| AMERICA, INC. and | ) |
| BARBARA LANGHAM | ) |
| | ) |
| Defendants | ) |

MOTION TO AMEND/CORRECT COMPLAINT

COMES NOW the Plaintiff, by and through undersigned counsel, and submits her motion to correct the style of her Complaint. Plaintiff's counsel has mistakenly misspelled the individual defendant's name and submits that the correct spelling is Barbara Lang. This defendant has received service of the Complaint and signed with her name correctly spelled.

Wherefore the Plaintiff moves this Honorable Court for permission to correct the style of the case and misspelling of the defendant's name in the Complaint.

Respectfully submitted this 18th day of December 2007.

                                             /S/ JIMMY JACOBS
                                       JIMMY JACOBS (JAC051)
                                       Attorney for Plaintiff
                                       4137 Carmichael Rd, Ste 100
                                       Montgomery, Alabama 36106
                                       (334) 215-1788

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon the Defendants following this the 18th of December, 2007.

                                                  /s/**Jimmy Jacobs**
                                                  JIMMY JACOBS (JAC051)
                                                  Attorney for Plaintiff

Defendant:

Barbara Lang
PCA International
3300 South Oates Street
Dothan, AL 36301-5694

2