IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CAMEKIAH MOORE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-CV-700-WKW |
| | ) | |
| PORTRAIT CORPORATION OF | ) | |
| AMERICA, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### **ORDER**

This case is before the court on plaintiff's Motion to Amend Correct/ Complaint (Doc. # 7), This motion is due to be DENIED for plaintiff's failure to comply with Rule 15.1 of this district's Local Rules. The plaintiff may file a motion to amend with an attached amended complaint that is drafted in compliance with the Local Rules.

The plaintiff has yet to serve defendant Portrait Corporation of America, Inc ("Portrait Corporation"). Federal Rule of Civil Procedure 4(m) states the following:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period. . . ."

Fed. R. Civ. P. 4(m). Moore's complaint was filed with the court on August 2, 2007. She has had over 130 days to serve these defendants, which she has failed to do. The plaintiff is notified that she shall serve Portrait Corporation **on or before January 9, 2008**, or Portrait

Corporation will be dismissed from this action without prejudice.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion to Amend/ Correct Complaint (Doc. # 7) is DENIED without prejudice.

2. The plaintiff is DIRECTED to serve Portrait Corporation of America, Inc. **on or before January 9, 2008**, or the court will dismiss Portrait Corporation of America, Inc. from this action without prejudice.

DONE this 19th day of December, 2007.

                                          /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE