IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMEKIAH MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:07-CV-700-WKW |
| ) | |
| PORTRAIT CORPORATION OF ) | |
| AMERICA, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Since Plaintiff initiated this lawsuit on August 2, 2007, it has taken no action to prosecute this claim beyond filing the complaint and having the U.S. Marshals Service perfect service of the summons on one defendant. (*See* Docs. # 1, 3, 5.) The plaintiff also filed a motion to amend the complaint which was denied without prejudice because it did not file the court's local rules. The court ordered the plaintiff to serve defendant Portrait Corporation of America, Inc, on or before January 9, 2008, which the plaintiff failed to do. Accordingly, it is hereby ORDERED that on or before **January 31, 2008**, the plaintiff shall show cause in writing why this cause should not be dismissed for want of prosecution. The court ADVISES the plaintiff that a failure to comply with this Order shall be construed as an abandonment of its claims against the defendant and will lead to dismissal of the above-styled action.

DONE this 18th day of January, 2008.

                                              /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE