IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMEKIAH MOORE ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No: 2-07-cv-700-WKW |
| ) | |
| PORTRAIT CORPORATION OF ) | (JURY DEMAND) |
| AMERICA, INC. and ) | |
| BARBARA LANGHAM ) | |
| ) | |
| **Defendants** ) | |

MOTION TO DISMISS COMPLAINT

COMES NOW the Plaintiff, by and through undersigned counsel, and submits her motion to Dismiss, without prejudice, her Complaint. The Plaintiff has discharged her counsel, and will seek assistance from new counsel on her claims in this matter.

Wherefore the Plaintiff moves this Honorable Court to Dismiss, without prejudice, this Complaint.

Respectfully submitted this 30th day of January 2008.

/S/ JIMMY JACOBS
JIMMY JACOBS (JAC051)
Attorney for Plaintiff
4137 Carmichael Rd, Ste 100
Montgomery, Alabama 36106
(334) 215-1788

CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court using CM/ECF system and service will be perfected upon the Defendant following this the 30th of January, 2008.

                                       /s/**Jimmy Jacobs**
                                       JIMMY JACOBS (JAC051)
                                       Attorney for Plaintiff

Defendant:

Barbara Lang
PCA International
3300 South Oates Street
Dothan, AL 36301-5694

2