IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAMEKIAH MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 2:07-CV-700-WKW |
| | ) |
| PORTRAIT CORPORATION OF | ) |
| AMERICA, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

This case is before the court on the plaintiff's Motion to Dismiss (Doc. #10). Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, it is ORDERED that the motion is GRANTED. This case is DISMISSED without prejudice. An appropriate judgment will be entered.

DONE this 31st day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE